UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXPERI-METAL, INC.,

    Plaintiff,

v.

COMERICA BANK,

    Defendants.
_____/

Case No. 09-14890
Honorable Patrick J. Duggan

## NOTICE

The following motion has been filed with the Court:

**DEFENDANT'S MOTION TO STRIKE JURY DEMAND**

You are hereby notified that, having reviewed the briefs in support of this motion and in opposition thereto, the Court sees no need for oral argument. Therefore, in accordance with Local Rule 7.1(f), the Court is dispensing with oral argument.

A written opinion will be issued.

_____

**Certificate of Mailing**

I certify that this notice was electronically filed and served on counsel of record.

Date: August 10, 2010

    s/ Marilyn Orem,
    Deputy Clerk,   (313) 234-5145