UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXPERI-METAL INC.,
a Michigan corporation,

    Plaintiff,

vs.                                                                              Case No. 2:09-cv-14890
                                                         Hon. Patrick J. Duggan

COMERICA BANK,

    Defendant.

_____

| | |
|---|---|
| Richard B. Tomlinson (P27604) | Todd A. Holleman (P57699) |
| Daniel R. Boynton (P 30359) | Lara Lenzotti Kapalla (P67667) |
| Joseph W. Thomas (P33226) | MILLER, CANFIELD PADDOCK AND |
| DRIGGERS, SCHULTZ & HERBST, P.C. | STONE, PLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2600 West Big Beaver Road, Suite 550 | 150 W. Jefferson, Suite 2500 |
| Troy, MI  48084 | Detroit, MI  48226 |
| Telephone:  248.649.6000 | Telephone:  313.963.7420 |
| Facsimile:  248.649.6442 | holleman@millercanfield.com |
| rtomlinson@driggersschultz.com | kapalla@maillercanfield.com |

_____

## INDEX OF EXHIBITS

1.    Buckeye Retirement Co., L.L.C., Ltd., v. Manakey Group, L.L.C., and Brent D. Clark; Michigan Court of Appeals, Unpublished