UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXPERI-METAL, INC.,
a Michigan corporation,

        Plaintiff,                  Case No. 2:09-CV-14890

v.                                          Hon. Patrick J. Duggan
                                                Magistrate Judge Paul J. Komives

COMERICA BANK,
a foreign banking organization,

        Defendant.

---

| | |
|---|---|
| Richard B. Tomlinson (P27604)<br>Daniel R. Boynton (P30359)<br>Joseph W. Thomas (P33226)<br>DRIGGERS, SCHULTZ & HERBST, P.C.<br>Attorneys for Plaintiff<br>2600 West Big Beaver Road, Suite 550<br>Troy, MI 48084<br>(248) 649-6000<br>rtomlinson@driggersschultz.com | Todd A. Holleman (P57699)<br>Lara Lenzotti Kapalla (P67667)<br>Boyd White, III (P72398)<br>MILLER CANFIELD PADDOCK AND STONE, PLC<br>Attorneys for Defendant Comerica Bank<br>and<br>Non-party Daniel McCarty<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 963-7420<br>holleman@millercanfield.com<br>kapalla@millercanfield.com |

---

**DEFENDANT'S SUPPLEMENTAL FILING TO THEIR
MOTION IN *LIMINE* TO EXCLUDE PLAINTIFF'S EXPERT WITNESS**

      Defendant, Comerica Bank, a foreign banking organization, by and through their attorneys, Miller, Canfield, Paddock and Stone, PLC, hereby submits for the Court's

consideration the full transcript of Jonathon James taken on January 13, 2011, portions of testimony cited in their memorandum are highlighted therein.

                Respectfully submitted,

                MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                Todd A. Holleman (P57699)
                Lara Lenzotti Kapalla (P67667)
                Boyd White, III (P72398)

                By:    s/Todd A. Holleman
                Attorneys for Defendant Comerica, Inc.
                150 West Jefferson, Suite 2500
                Detroit, MI  48226
                (313) 963-6420
Dated:  January 19, 2011      holleman@millercanfield.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                s/Todd A. Holleman
                Todd A. Holleman (P57699)
                Lara Lenzotti Kapalla (P67667)
                Boyd White, III (P72398)
                MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                Attorneys for Defendant
                150 West Jefferson, Suite 2500
                Detroit, MI  48226
                (313) 963-6420
                holleman@millercanfield.com

18,745,876.1\022754-01932